| Fill in this information to identify your case | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | |
| Debtor 1: Phillip     John     Stodola<br>First Name   Middle Name   Last Name | Case #: |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: |

## Local Bankruptcy Form 1007-6.1
## Statement Under Penalty of Perjury Concerning Payment Advices

Complete the applicable sections and check the applicable boxes.

### Part 1  Statement

I, **Phillip Stodola,** state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ I was not employed during the period immediately preceding the filing of the above-referenced case: **[insert the dates you were not employed].**

☒ I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition.

☐ I am self-employed and do not receive any evidence of payment from an employer.

☐ Other: **[please provide explanation]**.

### Part 2  Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2019                              By: *Phillip Stodola*
                                                      Signature of Debtor